# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| AQ Corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,<br><br>       Defendants. | Civil No. _____<br><br><br><br><br><br>Jury trial demanded |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff AQ Corporation ("AQ" or "Plaintiff") files this complaint for patent infringement against Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (together, "Samsung" or "Defendants") alleging, based on its own knowledge as to itself and its own actions, and based on information and belief as to all other matters, as follows:

### Nature of the action

1.      This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et. seq*., including specifically 35 U.S.C. § 271, based on Samsung's willful infringement of United States Patent Nos. 11,303,011 (the "'011 Patent"), 11,495,875 (the "'875 Patent") and 11,728,564 (the "'564 Patent") (collectively, the "Asserted Patents").

## The parties

2.      Plaintiff AQ Corporation is a corporation existing under the laws of the Republic of Korea having its principal place of business located at 51, Maehwa-ro, Bundang-gu, #302-606, Seongnam-si, Gyeonggi-do 13505, Republic of Korea.

3.      On information and belief, Defendant Samsung Electronics Co., Ltd. is a corporation existing under the laws of the Republic of Korea, having a principal place of business located at 129 Samsung-ro, Yeongtong-gu, Suwon-si, Gyeonggi-do, 443-742, Republic of Korea.

4.      On information and belief, Defendant Samsung Electronics America, Inc. is a United States corporation organized under the laws of the State of New York, with its principal place of business at 85 Challenger Road, 6th Floor, Ridgefield Park, NJ 07660. SEA is a wholly owned subsidiary of SEC. SEA conducts business in this District and maintains a regular place of business in this District. SEA is registered to do business in Texas and has a registered agent for service of process, CT Corporation System, that has an address listed in Texas as 1999 Bryan St., Ste. 900, Dallas, Texas 75201. SEA has an office where it conducts business located at 6625 Excellence Way, Plano, Texas 75023. SEA employs full-time personnel at this office, including certain sales personnel and engineers. SEA distributes certain Samsung consumer electronics products, including the infringing products, in the United States, including in this District. SEA places these products in the stream of commerce knowing or understanding that such products would be sold and used in the United States, including in this District.

## Jurisdiction and venue

5.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the claims herein arise under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. § 271.

6.      This Court has personal jurisdiction over Samsung in this action because Samsung resides in this District and has committed acts of infringement within the State of Texas and within this District through, for example, the sale of the Samsung Galaxy S21–25 phones in this District.

7.      On information and belief, Samsung regularly transacts business in the State of Texas and within this District, including a permanent and significant presence in this District.

8.      On information and belief, Samsung engages in other persistent courses of conduct and derives substantial revenue from products or services and continuous contacts within this District and in Texas, has purposefully established substantial, systematic, and continuous contacts within this District, and should reasonably expect to be sued in a court in this District.

9.      The Court's exercise of jurisdiction over Samsung will not offend traditional notions of fair play and substantial justice.

10.     Venue in the Eastern Division is proper pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b).

11.     Samsung has committed acts of infringement within this judicial district, giving rise to this action.

12.     Samsung continues to conduct business in this judicial district, including one or more acts of making, selling, using, importing, or offering for sale the infringing products or providing support service to Samsung's customers in this District.

### Asserted patents

13.     On April 12, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,303,011 entitled "Smartphone Antenna in Flexible PCB." A true and correct copy of the '011 Patent is attached hereto as Exhibit A.

14.    On November 8, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,495,875 entitled "Smartphone Antenna in Flexible PCB." A true and correct copy of the '875 Patent is attached hereto as Exhibit B.

15.    On August 15, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,728,564 entitled "Smartphone Antenna in Flexible PCB." A true and correct copy of the '564 Patent is attached hereto as Exhibit C.

16.    AQ has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Asserted Patents. Specifically, no patented articles have ever been produced requiring marking.

### Factual allegations

17.    The Asserted Patents relate to methods and apparatuses for wireless charging. Specifically, the Asserted Patents relate to a thin, flexible wireless charging antenna module provided for use in a smartphone. The technology described in the Asserted Patents is implemented in infringing mobile phones including, but not limited to, Samsung Galaxy S series smartphones (e.g., Galaxy S21 / S21+, S21 Ultra, S21 FE, Galaxy S22 / S22+, S22 Ultra, Galaxy S23 / S23+, S23 Ultra, S23 FE, Galaxy S24 / S24+, S24 Ultra, S24 FE, Galaxy S25 / S25+, S25 Ultra, S25 FE, S25 Edge), Samsung Galaxy Z foldables (e.g., Galaxy Z Fold3 5G, Z Fold4 5G, Z Fold5 5G, Z Fold6 5G, Z Fold7), Samsung Galaxy Z Flip series smartphones (e.g., Galaxy Z Flip 4, Z Flip 5, Z Flip 6, Z Flip 7), among other products with substantially similar wireless charging antennas.

18.    Samsung has infringed and continues to infringe the Asserted Patents by making, using, selling, offering to sell, or importing products including, but not limited to, infringing mobile phones, such as those mobile phone models listed *supra* paragraph 17.

**Introduction**

19.    AQ Corporation was established in 2006 and has been an industry leader in mobile phone antennas.

20.    AQ designed smartphone antennas for Samsung. As part of their work with Samsung, AQ designed and supplied NFC antennas for Galaxy S1-S3 phones. AQ also designed and supplied various antennas from 2010 through early 2022, including NFC antennas and NFC-MST (Magnetic Secure Transmission) combination antennas for some models of Galaxy phones.

21.    AQ developed many antenna designs adopted by Samsung. AQ obtained over 50 patents related to antenna designs and antenna manufacturing methods in Korea and the United States.

22.    In 2019 or before, AQ conceived of and developed a new WPC antenna design. This design enabled significant benefits over then-existing designs, including, but not limited to, increased inductance, decreased resistance, significantly improved performance for transmitting and receiving wireless charging, increased misalignment tolerance during charging, and increased design freedom, including optimization for Samsung's Wireless PowerShare feature. On November 22, 2019, AQ confidentially pitched its new design to Samsung, hoping to win business from Samsung. AQ had multiple meetings with Samsung concerning this proprietary design, but contact ended in 2020.

23.    AQ filed provisional patent application 62/941,636 on November 27, 2019, 5 days after disclosing its design to Samsung, and later informed Samsung that it had a patent application on the design. The '011 Patent is the first granted patent claiming priority to the provisional application 62/941,636. The '875 Patent is a continuation of the '011 Patent, and the '564 Patent is a continuation of the '011 Patent and '875 Patent.

24.     Samsung's standard practice for each model of its phones is to send the specifications for its antenna to one or more of its top-tier suppliers. Those suppliers then develop and propose to Samsung their own antenna designs conforming to the specification for Samsung's selection.  After selecting one antenna design, Samsung orders those top-tier suppliers to manufacture and supply the selected design.  Subsequently, Samsung asks its second-tier suppliers to bid for manufacturing and supplying the same design for selecting additional suppliers for the same antenna. In September 2020, in its process for selecting additional suppliers, Samsung distributed its design specifications for the NFC and wireless charging antenna for the Galaxy S21 generation of smartphones to second-tier suppliers including AQ and its competitors. AQ was surprised to learn that Samsung had adopted AQ's proprietary and patent-pending design for the S21 specification. AQ did not grant permission for such use and had no knowledge that Samsung would do so until after the design was distributed to AQ's competitors.

25.     AQ complained that the S21 antenna incorporated AQ's patent-pending design that was confidentially pitched to Samsung in 2019. AQ had several interactions with employees at Samsung concerning this infringement, but Samsung denied that it was using AQ's design and claimed its S21 antenna design did not infringe, despite this being obviously untrue.

26.     Beginning in 2021 with the Galaxy S21, all models of Galaxy S series and foldable phones developed and produced thereafter have WPC antennas with AQ's patented design. This is not surprising given the significant benefits enabled by AQ's patented invention, but Samsung has not compensated AQ for its infringement and AQ has lost significant profits as a result of Samsung's willful and deliberate infringement.

27.    Throughout its infringement, Samsung has had actual knowledge of AQ's Asserted Patents and Samsung's infringement of those patents.

**Count 1**
**(Infringement of the '011 Patent)**

28.    Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

29.    AQ has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '011 Patent.

30.    Samsung directly infringes the '011 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, or importing into the United States products that satisfy each and every limitation of one or more claims of the '011 Patent. Such infringing products include Samsung infringing mobile phones, including, but not limited to, the Samsung Galaxy S21 / S21+, S21 Ultra, S21 FE, Galaxy S22 / S22+, S22 Ultra, Galaxy S23 / S23+, S23 Ultra, S23 FE, Samsung Galaxy Z foldables (e.g., Galaxy Z Fold3 5G, Z Fold4 5G, Z Fold5 5G), Samsung Galaxy Z Flip series smartphones (e.g., Galaxy Z Flip 4, Z Flip 5), among other Samsung products (the "'011 Accused Products").

31.    For example, Samsung directly infringes at least claim 1 of the '011 Patent by making, using, offering to sell, selling, or importing into the United States products that include the Samsung Galaxy S21 Ultra, among other Samsung products. The Samsung Galaxy S21 Ultra is exemplary and representative of the '011 Accused Products.

32.    By way of further illustrative infringement, claim 1 of the '011 Patent recites as follows:

> **1.** A smartphone antenna module comprising:
> a substrate having a first major surface and a second major surface facing
>     away from the first major surface;

7

the first major surface comprising a first central portion, a first inner ring portion surrounding the first central portion, and a first outer ring portion surrounding the first inner ring portion;

the second major surface comprising a second central portion overlapping the first central portion, a second inner ring portion surrounding the second central portion and overlapping the first inner ring portion, and a second outer ring portion surrounding the second inner ring portion and overlapping the first outer ring portion;

a first antenna pattern formed on the first major surface and comprising an inner coil formed on the first inner ring portion and an outer coil on the first outer ring portion;

a second antenna pattern formed on the second major surface and comprising an NFC antenna pattern formed on the second central portion, an inner antenna pattern formed on the second inner ring portion, an outer antenna pattern formed on the second inner ring portion;

the inner antenna pattern comprising a plurality of concentric C-shaped lines forming a radially-extending inner gap on the second inner ring portion;

the outer antenna pattern comprising a plurality of concentric C-shaped lines forming a radially-extending outer gap on the second outer ring portion;

wherein the radially-extending outer gap on the second outer ring portion and the radially-extending inner gap on the second inner ring portion are connected and aligned in a radial direction;

two NFC antenna extension lines formed on the second major surface, in which the two NFC antenna extension lines extend along the radial direction through both the radially-extending inner gap and the radially-extending outer gap;

an inner extension line formed on the second major surface, in which the inner extension line extends along the radial direction through both the radially-extending inner gap and the radially-extending outer gap;

an outer extension line formed on the second major surface, in which the outer extension connects to the outer antenna pattern and extends along the radial direction through the radially-extending outer gap;

wherein the two NFC antenna extension lines, the inner extension line, and the outer extension lines are extending substantially in parallel;

wherein each of the two NFC antenna extension lines, the inner extension line, and the outer extension lines formed on the second major surface overlaps the outer coil formed on the first outer ring portion of the first major surface;

wherein the inner coil and the outer coil are electrically connected in parallel.

33.    The Samsung Galaxy S21 Ultra includes a smartphone antenna module.

34.     The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises a substrate having a first major surface and a second major surface facing away from the first major surface. The smartphone antenna module of the '011 Accused Products includes a substrate having a first major surface and a second major surface facing away from the first major surface. Specifically, the smartphone antenna module includes a flexible printed circuit board ("FPCB") with a first and second major surface. The below X-ray image of the Galaxy S21 Ultra displays both the first antenna pattern formed on the first major surface *and* the second antenna pattern formed on the second major surface (in other words, the X-ray image shows both sides of the flexible PCB simultaneously as overlapping images).



**Galaxy S21 Ultra Teardown! - Its bigger than you think....**

https://www.youtube.com/watch?v=MYSQub76fH8.



https://www.youtube.com/watch?v=cU3QXPoFOUI.



*Id*.

35.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the first major surface comprising a first central portion, a first inner ring portion surrounding the first central portion, and a first outer ring portion surrounding the first inner ring portion.

10



https://www.ifixit.com/News/49419/samsung-galaxy-s21-ultra-teardown-x-ray-wallpapers-for-the-phone-that-has-it-all.

36.     The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the second major surface comprising a second central portion overlapping the first central portion, a second inner ring portion surrounding the second central portion and overlapping the first inner ring portion, and a second outer ring portion surrounding the second inner ring portion and overlapping the first outer ring portion.



Second central portion

Second inner ring portion

Second outer ring portion

37.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises a first antenna pattern formed on the first major surface and comprises an inner coil formed on the first inner ring portion and an outer coil on the first outer ring portion.



Outer coil

Inner coil

38.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises a second antenna pattern formed on the second major surface and comprising an NFC antenna pattern formed on the second central portion, an inner antenna pattern formed on the second inner ring portion, an outer antenna pattern formed on the second outer ring portion.



39.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the inner antenna pattern comprising a plurality of concentric C-shaped lines forming a radially-extending inner gap on the second inner ring portion.





40.     The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the outer antenna pattern comprising a plurality of concentric C-shaped lines forming a radially-extending outer gap on the second outer ring portion.





41.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises wherein the radially-extending outer gap on the second outer ring portion and the radially-extending inner gap on the second inner ring portion are connected and aligned in a radial direction.



42.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises two NFC extension lines formed on the second major surface, in which the two NFC antenna extension lines extend along the radial direction through both the radially-extending inner gap and the radially extending outer gap.



43.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises an inner extension line formed on the second major surface, in which the inner extension line extends along the radial direction through both the radially-extending inner gap and the radially-extending outer gap.



44.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises an outer extension line formed on the second major surface, in which the outer extension connects

to the outer antenna pattern and extends along the radial direction through the radially-extending outer gap.



45.     The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises wherein the two NFC antenna extension lines (cyan), the inner extension line (yellow-green), and the outer extension lines (blue) are extending substantially in parallel.



46.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises wherein each of the two NFC extension lines (cyan),  the inner extension line (yellow-green), and the outer extension lines (blue) formed on the second major surface overlaps the outer coil formed on the first outer ring portion of the first major surface.



Outer coil formed on first major surface

47.    The inner coil and outer coil of the smartphone antenna module of the Samsung Galaxy S21 Ultra are electrically connected in parallel.

48.    AQ has suffered damages as a result of Samsung's direct infringement of the '011 Patent in an amount to be proven at trial.

49.    AQ has suffered, and will continue to suffer, irreparable harm as a result of Samsung's infringement of the '011 Patent, for which there is no adequate remedy at law, unless Samsung's infringement is enjoined by this Court.

50.    Samsung has committed and continues to commit acts of infringement that Samsung actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '011 Patent. Samsung's direct infringement of the '011 Patent has been and continues to be willful, intentional, deliberate, or in conscious

disregard of rights under the patent. AQ is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## Count 2
### (Infringement of the '875 Patent)

51.    Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

52.    AQ has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '875 Patent.

53.    Samsung directly infringes the '875 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, or importing into the United States products that satisfy each and every limitation of one or more claims of the '875 Patent. Such infringing products include Samsung infringing mobile phones, including, but not limited to, the Samsung Galaxy S21 Ultra, Galaxy S21 / S21+, S21 Ultra, S21 FE, Galaxy S22 / S22+, S22 Ultra, Galaxy S23 / S23+, S23 Ultra, Samsung Galaxy Z foldables (e.g., Galaxy Z Fold3 5G, Z Fold4 5G, Z Fold5 5G), Samsung Galaxy Z Flip series smartphones (e.g., Galaxy Z Flip 4, Z Flip 5), among other Samsung products (the "'875 Accused Products").

54.    For example, Samsung directly infringes at least claim 6 of the '875 Patent by making, using, offering to sell, selling, or importing into the United States products that include the Samsung Galaxy S21 Ultra, among other Samsung products. The Samsung Galaxy S21 Ultra is exemplary and representative of the '875 Accused Products.

55.    By way of further illustrative infringement, claims 1 and 6 of the '875 Patent recite as follows:

> **1.** A smartphone antenna module comprising:
> a substrate having a first major surface and a second major surface facing
> away from the first major surface;

a first antenna pattern formed on the first major surface and comprising an inner coil and an outer coil surrounding the inner coil;

a second antenna pattern formed on the second major surface and comprising an inner antenna pattern, and an outer antenna pattern;

the inner antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending inner gap into which the plurality of concentric circular lines of the inner antenna pattern does not extend, wherein at least part of the concentric circular lines of the inner antenna pattern overlaps the inner coil formed on the first major surface and is connected to the inner coil through vias;

the outer antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending outer gap into which the plurality of concentric circular lines of the outer antenna pattern does not extend, wherein at least part of the concentric circular lines of the outer antenna pattern overlaps the outer coil formed on the first major surface and is connected to the outer coil through vias;

wherein at least part of the concentric circular lines of the outer antenna pattern generally surround at least part of the concentric circular lines of the inner antenna pattern,

wherein the radially extending outer gap and the radially-extending inner gap are connected and aligned in a direction;

an inner extension line formed on the second major surface and extending through the radially-extending outer gap and further through at least part of the radially-extending inner gap;

an outer extension line formed on the second major surface and extending through at least part of the radially-extending outer gap;

two additional extension lines formed on the second major surface and extending through both the radially-extending inner gap and the radially-extending outer gap;

wherein the inner extension line, the outer extension line and the two additional extension lines are extending generally in parallel; and

wherein each of the inner extension line, the outer extension line, and the two additional extension lines formed on the second major surface comprises a portion that overlaps the outer coil formed on the first major surface.

**6.** The smartphone antenna module of claim **1**, wherein the inner coil and the outer coil are electrically connected in parallel.

56.    The Samsung Galaxy S21 Ultra includes a smartphone antenna module.

57.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises a substrate having a first major surface and a second major surface facing away from the first major surface. The below X-ray image of the Galaxy S21 Ultra displays both the first antenna

20

pattern formed on the first major surface *and* the second antenna pattern formed on the second major surface (in other words, the X-ray image shows both sides of the flexible PCB simultaneously as overlapping images).



https://www.youtube.com/watch?v=MYSQub76fH8.



https://www.youtube.com/watch?v=cU3QXPoFOUI.



*Id.*

58.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises a first antenna pattern formed on the first major surface and comprising an inner coil and an outer coil surrounding the inner coil.



https://www.ifixit.com/News/49419/samsung-galaxy-s21-ultra-teardown-x-ray-wallpapers-for-the-phone-that-has-it-all.

22

59.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises a second antenna pattern formed on the second major surface and comprising an inner antenna pattern, and an outer antenna pattern.



60.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the inner antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending inner gap into which the plurality of concentric circular lines of the inner antenna pattern does not extend, wherein at least part of the concentric circular lines of the inner antenna pattern overlaps the inner coil formed on the first major surface and is connected to the inner coil through vias.



Radially-extending inner gap

Plurality of concentric circular lines of the inner antenna pattern



Plurality of concentric circular lines of the inner antenna pattern



Radially-extending inner gap

61.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the outer antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending outer gap into which the plurality of concentric circular lines of the outer antenna pattern does not extend, wherein at least part of the concentric circular lines of the outer antenna pattern overlaps the outer coil formed on the first major surface and is connected to the outer coil through vias.



Radially-extending outer gap

Plurality of concentric circular lines of the outer antenna pattern



Radially-extending outer gap

Plurality of concentric circular lines of the outer antenna pattern

62.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises at least part of the concentric circular lines of the outer antenna pattern generally surround at least part of the concentric circular lines of the inner antenna pattern.



63.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises the radially extending outer gap and the radially-extending inner gap are connected and aligned in a direction.



64.    The smartphone antenna module of the Samsung Galaxy S21 Ultra comprises an inner extension line formed on the second major surface and extending through the radially-extending outer gap and further through at least part of the radially-extending inner gap.



65.    The Samsung Galaxy S21 Ultra comprises an outer extension line formed on the second major surface and extending through at least part of the radially-extending outer gap.



66.    The Samsung Galaxy S21 Ultra comprises two additional extension lines formed on the second major surface and extending through both the radially-extending inner gap and the radially-extending outer gap.



67.   The Samsung Galaxy S21 Ultra comprises the inner extension line (yellow-green),  the outer extension line (blue) and the two additional extension lines (cyan) are extending generally in parallel.



68.   The Samsung Galaxy S21 Ultra comprises wherein each of the inner extension line, the outer extension line, and the two additional extension lines formed on the second major surface comprises a portion that overlaps the outer coil formed on the first major surface.



Outer coil formed on first major surface

69.     The inner and outer coil of the Samsung Galaxy S21 Ultra are electrically connected in parallel.

70.     AQ has suffered damages as a result of Samsung's direct infringement of the '875 Patent in an amount to be proven at trial.

71.     AQ has suffered, and will continue to suffer, irreparable harm as a result of Samsung's infringement of the '875 Patent, for which there is no adequate remedy at law, unless Samsung's infringement is enjoined by this Court.

72.     Samsung has committed and continues to commit acts of infringement that Samsung actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '875 Patent. Samsung's direct infringement of the '875 Patent has been and continues to be willful, intentional, deliberate, or in conscious disregard of rights under the patent. AQ is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**Count 3**
**(Infringement of the '564 Patent)**

73.     Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

74.     AQ has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '564 Patent.

75.     Samsung directly infringes the '564 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, or importing into the United States products that satisfy each and every limitation of one or more claims of the '564 Patent. Such infringing products include Samsung infringing mobile phones, including, but not limited to, the Samsung Galaxy S25 Ultra, among other Samsung products.

76.     For example, Samsung has and continues to directly infringe at least claim 8 of the '564 Patent by making, using, offering to sell, selling, or importing into the United States products including  the Samsung Galaxy S series smartphones (e.g., Galaxy S21 / S21+, S21 Ultra, S21 FE, Galaxy S22 / S22+, S22 Ultra, Galaxy S23 / S23+, S23 Ultra, Galaxy S24 / S24+, S24 Ultra, Galaxy S25 / S25+, S25 Ultra, S25 Edge), Samsung Galaxy Z foldables (e.g., Galaxy Z Fold3 5G, Z Fold4 5G, Z Fold5 5G, Z Fold6 5G, Z Fold7), Samsung Galaxy Z Flip series smartphones (e.g., Galaxy Z Flip 4, Z Flip 5, Z Flip 6, Z Flip 7), among other products with substantially similar wireless charging antennas, among other Samsung products (the "'564 Accused Products"). The Samsung Galaxy S25 Edge is exemplary and representative of the '564 Accused Products.

77.     By way of further illustrative infringement, claims 1 and 8 of the '564 Patent recite as follows:

> **1.** A smartphone antenna module comprising:
> a substrate having a first major surface and a second major surface facing
>     away from the first major surface;

a first antenna pattern formed on the first major surface and comprising an inner coil and an outer coil surrounding the inner coil;

a second antenna pattern formed on the second major surface and comprising an inner antenna pattern, and an outer antenna pattern;

the inner antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending inner gap into which the plurality of concentric circular lines of the inner antenna pattern does not extend, wherein at least part of the concentric circular lines of the inner antenna pattern overlaps the inner coil formed on the first major surface and is connected to the inner coil through vias; and

the outer antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending outer gap into which the plurality of concentric circular lines of the outer antenna pattern does not extend, wherein at least part of the concentric circular lines of the outer antenna pattern overlaps the outer coil formed on the first major surface and is connected to the outer coil through vias,

wherein at least part of the concentric circular lines of the outer antenna pattern generally surround at least part of the concentric circular lines of the inner antenna pattern,

wherein the radially-extending outer gap and the radially-extending inner gap are connected and aligned in a direction.

**8.** The smartphone antenna module of claim **1**, wherein the inner coil and the outer coil are electrically connected in parallel.

78.    The Samsung Galaxy S25 Edge includes a smartphone antenna module.

79.    The smartphone antenna module of the Samsung Galaxy S25 Edge comprises a substrate having a first major surface and a second major surface facing away from the first major surface.

80.    The smartphone antenna module of the Samsung Galaxy S25 Edge comprises a first antenna pattern formed on the first major surface and comprising an inner coil and an outer coil surrounding the inner coil. The below X-ray image of the Galaxy S25 Edge displays both the first antenna pattern formed on the first major surface *and* the second antenna pattern formed on the second major surface (in other words, the X-ray image shows both sides of the flexible PCB simultaneously as overlapping images). The inner coil and outer coil on the first major surface are unbroken spiral coils.

31



https://www.ifixit.com/News/111106/galaxy-s25-edge-teardown-what-slim-design-means-for-repair.

81.    The smartphone antenna module of the Samsung Galaxy S25 Edge comprises a second antenna pattern formed on the second major surface and comprising an inner antenna pattern[,] and an outer antenna pattern.



82.     The smartphone antenna module of the Samsung Galaxy S25 Edge comprises the inner antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending inner gap into which the plurality of concentric circular lines of the inner antenna pattern does not extend, wherein at least part of the concentric circular lines of the inner antenna pattern overlaps the inner coil formed on the first major surface and is connected to the inner coil through vias.



Radially-extending inner gap into which the plurality of concentric circular lines of the inner antenna pattern does not extend

Inner antenna pattern with concentric circular lines



83.    The smartphone antenna module of the Samsung Galaxy S25 Edge comprises the outer antenna pattern comprising a plurality of concentric circular lines and defining a radially-extending outer gap into which the plurality of concentric circular lines of the outer antenna pattern does not extend, wherein at least part of the concentric circular lines of the outer antenna pattern overlaps the outer coil formed on the first major surface and is connected to the outer coil through vias.





84.    The smartphone antenna module of the Samsung Galaxy S25 Edge comprises at least part of the concentric circular lines of the outer antenna pattern generally surround at least part of the concentric circular lines of the inner antenna pattern.



85.    The Samsung Galaxy S25 Edge comprises wherein the radially-extending outer gap and the radially-extending inner gap are connected and aligned in a direction.



86.    The inner coil and outer coil of the Samsung Galaxy S25 Edge are electrically connected in parallel.

87.    AQ has suffered damages as a result of Samsung's direct infringement of the '564 Patent in an amount to be proven at trial.

88.    AQ has suffered, and will continue to suffer, irreparable harm as a result of Samsung's infringement of the '564 Patent, for which there is no adequate remedy at law, unless Samsung's infringement is enjoined by this Court.

89.    Samsung has committed and continues to commit acts of infringement that Samsung actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '564 Patent. Samsung's direct infringement of the '564 Patent has been and continues to be willful, intentional, deliberate, or in conscious

disregard of rights under the patent. AQ is entitled to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

### Demand for jury trial

90.    AQ hereby demands a jury for all issues so triable.

### Prayer for relief

WHEREFORE, AQ prays for relief against Samsung as follows:

91.    Entry of judgment declaring that Samsung has directly infringed one or more claims of each of the Asserted Patents;

92.    Entry of judgment declaring that Samsung's infringement of the Asserted Patents has been willful and deliberate;

93.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Samsung, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of one or more of the Asserted Patents;

94.    An order awarding damages sufficient to compensate AQ for Samsung's infringement of the Asserted Patents, but in no event less than a reasonable royalty, together with interest and costs;

95.    An order awarding AQ treble damages under 35 U.S.C. § 284 as a result of Samsung's willful and deliberate infringement of the Asserted Patents;

96.    Entry of judgment declaring that this case is exceptional and awarding AQ its costs and reasonable attorney fees under 35 U.S.C. § 285; and

97.    Such other and further relief as the Court deems just and proper.

DATED: October 7, 2025                           Respectfully submitted,

K&L GATES LLP

By: */s/ Nicholas F. Lenning by permission*
*Andrea L. Fair*
Nicholas F. Lenning – LEAD ATTORNEY
Washington Bar No. 54740
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com

James A. Shimota
Illinois Bar No. 6270603
Austin C. Holler
Illinois Bar No. 6332821
Laurel W. Salisbury
Texas Bar No. 24127062
Devdhi Kasana
Illinois Bar No. 6349319
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
laurel.salisbury@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
**Miller Fair Henry PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com

*Counsel for AQ Corporation*