# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AQ Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,<br><br>　　　　　Defendants. | Civil No. 2:25-cv-1012<br><br>Jury trial demanded |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff AQ Corporation ("AQ" or "Plaintiff") by and through its undersigned counsel, hereby certifies that it has no parent and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| DATED: October 7, 2025 | Respectfully submitted,<br><br>K&L GATES LLP<br><br>By: */s/ Nicholas F. Lenning by permission Andrea L. Fair*<br>Nicholas F. Lenning – LEAD ATTORNEY<br>Washington Bar No. 54740<br>**K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104<br>Telephone: (206) 623-7580<br>Fax: (206) 623-7022<br>nicholas.lenning@ klgates.com<br><br>James A. Shimota |

1

Illinois Bar No. 6270603
Austin C. Holler
Illinois Bar No. 6332821
Laurel W. Salisbury
Texas Bar No. 24127062
Devdhi Kasana
Illinois Bar No. 6349319
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
laurel.salisbury@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
**Miller Fair Henry PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com

*Counsel for AQ Corporation*

2