IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AQ Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.,<br><br>   Defendants. | Civil No. 2:25-cv-1012<br><br>Jury trial demanded |

## JURY DEMAND

Plaintiff AQ Corporation ("AQ" or "Plaintiff") hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED: October 7, 2025          Respectfully submitted,

                   K&L GATES LLP

                   By: _/s/ Nicholas F. Lenning by permission Andrea L. Fair_
                   Nicholas F. Lenning – LEAD ATTORNEY
                   Washington Bar No. 54740
                   **K&L GATES LLP**
                   925 Fourth Avenue, Suite 2900
                   Seattle, Washington 98104
                   Telephone: (206) 623-7580
                   Fax: (206) 623-7022
                   nicholas.lenning@klgates.com

                   James A. Shimota
                   Illinois Bar No. 6270603
                   Austin C. Holler

Illinois Bar No. 6332821
Laurel W. Salisbury
Texas Bar No. 24127062
Devdhi Kasana
Illinois Bar No. 6349319
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
laurel.salisbury@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
**Miller Fair Henry PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com

*Counsel for AQ Corporation*