AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| AQ Corporation <br><br> *Plaintiff(s)* <br> v. <br> Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-1012 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samsung Electronics America, Inc.
c/o CT Corporation System
1999 Bryan St., Ste. 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrea L. Fair
Miller Fair Henry PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/7/2025

_____ A. O'Toole
*Signature of Clerk or Deputy Clerk*

[SERVICE RETURN ATTACHED stamp]

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-1012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature _____

Printed name and title _____

*SERVICE RETURN ATTACHED*

Server's address   ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:25-CV-01012-JRG

Plaintiff:
**AQ Corporation**
vs.
Defendant:
**Samsung Electronics Co., Ltd., et al.**

For: Miller Fair Henry PLLC

Received by Michael E. Wigginton on the 8th day of October, 2025 at 1:01 pm to be served on **Samsung Electronics America, Inc. by serving its registered agent, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Dallas County, TX 75201.** I, _Michael E. Wigginton_, being duly sworn, depose and say that on the _8th_ day of _October_, 20_25_ at _1:52_ p.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint for Patent Infringement and Civil Cover Sheet with Exhibits A, B, and C** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to _George Martinez_ (individual accepting) as _designated agent_ (title), at _1999 Bryan St #900_ (street), _Dallas_ (city), _Texas_ (state) _75201_ (zip code) _Dallas_ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS: _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the _9th_ day of _October_, _2025_ by the affiant who is personally known to me.

NOTARY PUBLIC

MELANIE A LOCKET
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP 06/30/26
NOTARY ID 243262-9

PROCESS SERVER # PSC#5613
Appointed in accordance with State Statutes
Exp 6/30/2026

ATX Process, LLC
1411 W. 6th Street
Austin, TX 78703
(512) 717-5600

Our Job Serial Number: 2025011352
Ref: AQ Corporation v Samsung Elect.

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0n