## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| AQ CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:25-CV-01012-JRG |
| SAMSUNG ELECTRONICS CO., LTD. | § | |
| AND SAMSUNG ELECTRONICS | § | |
| AMERICA, INC., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung"). (Dkt. No. 7). In the Motion, Samsung seeks to extend the time for it to move, answer, or otherwise respond to Plaintiff AQ Corporation's ("AQ") complaint (Dkt. No. 1) by ninety days up to and including January 27, 2026. (Dkt. No. 7 at 2). Samsung represents it has agreed to waive service under the Hague Covnention for Samsung Electronics Company, Ltd., a foreign entity. (*Id*. at 1). AQ does not oppose this Motion. (*Id.* at 3).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for Samsung to move, answer, or otherwise respond to AQ's complaint is **extended** up to and including **January 27, 2026**.

**So ORDERED and SIGNED this 29th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE