**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| AQ CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>AND SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br><br>      Defendants. | Case No. 2:25-cv-01012-JRG<br><br>JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Joseph A. Loy from the law firm of Kirkland & Ellis LLP enters his appearance on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this matter.

Joseph A. Loy may receive all communications from the Court and from other parties at Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY10022; Telephone: (212) 446-4800; Facsimile: (212) 446-4900; Email: jloy@kirkland.com.

Dated: January 27, 2026

Respectfully submitted,

*/s/ Joseph A. Loy, P.C.*

Joseph A. Loy, P.C.
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
Email: jloy@kirkland.com

*Attorney for Defendants Samsung Electronics*
*Company, Ltd., and Samsung Electronics*
*America, Inc.*

**CERTIFICATE OF SERVICE**

I, Joseph A. Loy, certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joseph A. Loy, P.C.*
Joseph A Loy, P.C.