**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AQ CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:25-cv-01012-JRG <br><br> JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that F. Christopher Mizzo from the law firm of Kirkland & Ellis LLP enters his appearance on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this matter.

F. Christopher Mizzo may receive all communications from the Court and from other parties at Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004; Telephone: (202) 389-5000; Facsimile: (202) 389-5200; Email: chris.mizzo@kirkland.com.

Dated: January 27, 2026

Respectfully submitted,

*/s/ F. Christopher Mizzo, P.C.*
F. Christopher Mizzo, P.C.
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.,
Washington, D.C. 20004;
Tel: (202) 389-5000
Fax: (202) 389-5200
Email: chris.mizzo@kirkland.com

*Attorney for Defendants Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc.*

2

## CERTIFICATE OF SERVICE

I, F. Christopher Mizzo, certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ F. Christopher Mizzo, P.C.*
F. Christopher Mizzo, P.C.