**APPROVED**
*By Nakisha Love at 12:50 pm, Jan 27, 2026*

EDTX PHVAPP (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE

1.  This application is being made for the following: Case # __2:25-cv-01012-JRG__

Style/Parties: __AQ Corporation v. Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.__

2.  Applicant is representing the following party(ies): __Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.__

3.  Applicant was admitted to practice in __New York__ (state) on __05/17/1993__ (date).

4.  Applicant is in good standing and is otherwise eligible to practice law before this court.

5.  Applicant is not currently suspended or disbarred in any court.

6.  Applicant ○has ◉has not (choose one) had an application for admission to practice before another court denied. If so, give complete information on a separate page.

7.  Applicant ○has ◉has not (choose one) ever had the privilege to practice before another court suspended. If so, give complete information on a separate page.

8.  Applicant ○has ◉has not (choose one) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency, or fitness as a member of the Bar. If so, give complete information on a separate page.

9.  Describe in detail on a separate page any charges, arrests, or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10.  Applicant has no pending grievances or criminal charges.

11.  Applicant has been admitted to practice in the following courts:
     __See Attached__

12.  Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13.  Applicant understands that, if approved, the admission is limited to appearing in the case specified above only.

**Application Oath:**
     I, __Gregory S. Arovas__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date: __01/27/2026__          Signature: __/s/ Gregory S. Arovas__

Application Continued on Page 2

EDTX PHVAPP (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS


<u>APPLICATION TO APPEAR PRO HAC VICE</u>


Full Name: Gregory S. Arovas

State Bar No.: 2553782/ New York

Address: 601 Lexington Avenue

New York, NY 10022

Phone: 212-446-4800

Fax: 212-446-4900

Email: garovas@kirkland.com


This application has been approved for the court on: _____ **1/27/2026** _____

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas


By _*Nakisha Love*_
Deputy Clerk

<span style="color:red">Application Instructions</span>

<span style="color:red">1. You must obtain approval of your application before you docket it to the case. To request review, email the completed application to **phv@txed.uscourts.gov**.</span>

<span style="color:red">2. Once approved, docket the version that bears the deputy clerk's approval stamp using the *Notice of Attorney Appearance – Pro Hac Vice* event (the docket event will collect the $100 fee). **NOTE:** If you do not already have e-filing privileges in this district, after you obtain approval of your pro hac vice application as required in Step 1 above, go to Pacer.gov, log into **Manage My Account** and select the **Maintenance** tab. Then choose **Attorney Admissions/E-File Registration**, select our court, and apply/register for **Pro Hac Vice**. E-filing requests received prior to approval of the pro hac vice application form will be rejected.</span>

Email Application

2:25-cv-01012-JRG

## Gregory S. Arovas Court Admissions

**11.** **Applicant has been admitted to practice before the following courts:**

- United States Court of Appeals, Federal Circuit

- United States Court of Appeals, Third Circuit

- United States District Court, Eastern District of New York

- United States District Court, Southern District of New York

- United States District Court, Northern District of Illinois

- United States Patent and Trademark Office

- State of New York