IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AQ CORPORATION, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 2:25-cv-01012-JRG |
| SAMSUNG ELECTRONICS CO., LTD., and | § | |
| SAMSUNG ELECTRONICS AMERICA, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF GARRETT C. PARISH

COMES NOW Plaintiff, AQ Corporation, and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Garrett C. Parish, State Bar Number 24125824, of Miller Fair Henry PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Dated: February 5, 2026                         Respectfully submitted,

*/s/ Garrett C. Parish*
Garrett C. Parish
Nicholas F. Lenning
Washington Bar No. 54740
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@ klgates.com

James A. Shimota
Illinois Bar No. 6270603
Austin C. Holler
Illinois Bar No. 6332821

Laurel W. Salisbury
Texas Bar No. 24127062
Devdhi Kasana
Illinois Bar No. 6349319
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
laurel.salisbury@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
Garrett C. Parish
Texas Bar No. 24125824
**Miller Fair Henry, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com

*Counsel for AQ Corporation*