**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AQ CORPORATION, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | C.A. No. 2:25-cv-01012-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., and | § | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF COMPLIANCE**

Plaintiff AQ Corporation hereby notifies the Court and all parties of record that on February 12, 2026, Plaintiff disclosed its Initial Disclosures as required by the Court's Discovery Order and Docket Control Order (Dkt. No. 23).

DATED: February 12, 2026

Respectfully submitted,

*/s/ Nicholas F. Lenning by permission*
*Garrett C. Parish*

Nicholas F. Lenning
Washington Bar No. 54740
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@ klgates.com

James A. Shimota
Illinois Bar No. 6270603
Austin C. Holler
Illinois Bar No. 6332821
Laurel W. Salisbury

Texas Bar No. 24127062
Devdhi Kasana
Illinois Bar No. 6349319
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
laurel.salisbury@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
Garrett C. Parish
Texas Bar No. 24125824
**Miller Fair Henry PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com
garrett@millerfairhenry.com

*Counsel for AQ Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

all counsel registered as Filing Users on February 12, 2026.

*/s/ Garrett C. Parish*
Garrett C. Parish