IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AQ CORPORATION<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Civil Action No. 2:25-cv-01012-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") hereby notify the Court that, pursuant to the Court's Docket Control Order (Dkt. No. 23), Samsung served its Proposed Initial and Additional Disclosures counsel of record for Plaintiff via email on February 12, 2026.

Dated: February 12, 2026

By */s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

Gregory S. Arovas, P.C. (admitted *pro hac vice*)
Joseph A. Loy, P.C. (admitted in E.D. Texas)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: jloy@kirkland.com

        F. Christopher Mizzo (admitted in E.D. Texas)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 879-5000
Email: chris.mizzo@kirkland.com

Adam Janes (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
333 W Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: adam.janes@kirkland.com

***Attorneys for Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 12, 2026.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith