IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AQ CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:25-cv-01012-JRG <br><br><br> JURY TRIAL DEMANDED |

**AQ'S ANSWER TO SAMSUNG'S COUNTERCLAIMS**

Plaintiff AQ Corporation ("AQ" or "Plaintiff") submits this Answer to the counterclaims filed by Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung" or "Counterclaim-Plaintiffs"). AQ denies all allegations in Counterclaim-Plaintiffs' counterclaims unless expressly admitted. Any admissions herein are for purposes of this matter only. AQ also reserves the right to take further positions and raise additional defenses that may become apparent as a result of additional information discovered subsequent to filing this Answer.

**SAMSUNG'S COUNTERCLAIMS**

1. The allegations contained in Paragraph 1 are boilerplate allegations to which no response is necessary. To the extent that a response is required, AQ denies the allegations of Paragraph 1.

2. Admitted.

3. Denied.

## THE PARTIES

4.     Paragraph 4 does not contain any allegations against AQ to which AQ must respond. On information and belief, the allegations in Paragraph 4 are true.

5.     Paragraph 5 does not contain any allegations against AQ to which AQ must respond. On information and belief, the allegations in Paragraph 5 are true.

6.     Admitted.

## JURISDICTION AND VENUE

7.     The allegations contained in paragraph 7 of the Counterclaims are legal conclusions as to which no response is necessary. To the extent that a response is required, for the purposes of this action only, AQ admits this Court has jurisdiction over Counterclaim-Plaintiffs' Declaratory Judgment counterclaims pursuant to 28 U.S.C. §§ 2201-2202 and subject matter jurisdiction over patent infringement and validity pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.     The allegations contained in paragraph 8 of the Counterclaims are legal conclusions as to which no response is necessary. To the extent that a response is required, for the purposes of this action only, AQ does not challenge that this Court has personal jurisdiction over AQ.

9.     The allegations contained in paragraph 9 of the Counterclaims are legal conclusions as to which no response is necessary. To the extent that a response is required, for purposes of this action only, AQ does not dispute venue is proper in this Court.

## FIRST COUNTERCLAIM
### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF '011 PATENT)

10.     AQ repeats and realleges the responses to paragraphs 1–9 as if fully set forth herein.

11.     Admitted that AQ contends that various Samsung products infringe the '011 patent. Otherwise denied.

12. The allegations contained in paragraph 12 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 12.

13. Denied.

## SECOND COUNTERCLAIM
### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF '875 PATENT)

14. AQ repeats and realleges the responses to paragraphs 1–13 as if fully set forth herein.

15. Admitted that AQ contends that various Samsung products infringe the '875 patent. Otherwise denied.

16. The allegations contained in paragraph 16 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 16.

17. Denied.

## THIRD COUNTERCLAIM
### (DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF '564 PATENT)

18. AQ repeats and realleges the responses to paragraphs 1–17 as if fully set forth herein.

19. Admitted that AQ contends that various Samsung products infringe the '564 patent. Otherwise denied.

20. The allegations contained in paragraph 20 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 20.

21. Denied.

## FOURTH COUNTERCLAIM
### (DECLARATORY JUDGMENT OF INVALIDITY OF '011 PATENT)

22. AQ repeats and realleges the responses to paragraphs 1–21 as if fully set forth herein.

23. Denied.

24. The allegations contained in paragraph 24 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 24.

25. Denied.

## FIFTH COUNTERCLAIM
### (DECLARATORY JUDGMENT OF INVALIDITY OF '875 PATENT)

26. AQ repeats and realleges the responses to paragraphs 1–25 as if fully set forth herein.

27. Denied.

28. The allegations contained in paragraph 28 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 28.

29. Denied.

## SIXTH COUNTERCLAIM
### (DECLARATORY JUDGMENT OF INVALIDITY OF '564 PATENT)

30. AQ repeats and realleges the responses to paragraphs 1–29 as if fully set forth herein.

31. Denied.

32. The allegations contained in paragraph 32 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 32.

33. Denied.

## RESERVATION OF RIGHTS TO ASSERT ADDITIONAL DEFENSES AND COUNTERCLAIMS

34. The allegations contained in paragraph 34 of the Counterclaims are legal conclusions as to which no responsive pleading is necessary. To the extent that a response is required, AQ denies paragraph 34.

## DEMAND FOR A JURY TRIAL

35. Paragraph 35 contains a demand for jury trial to which no response is required. To the extent any response is required, AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Counterclaims against AQ.

## PRAYER FOR RELIEF ON SAMSUNG'S COUNTERCLAIMS

36. AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

   a. AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

   b. AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

   c. AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

   d. AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

   e. AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

      f.   AQ denies that Counterclaim-Plaintiffs are entitled to any of the relief requested in the Prayer for Relief against AQ.

## AQ'S AFFIRMATIVE DEFENSES

Subject to the responses above, and fully incorporating by reference the statements in AQ's Complaint, AQ alleges and asserts the following defenses in response to the Counterclaims, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the Affirmative Defenses described below, and subject to the responses above, AQ specifically reserves all rights to allege additional defenses that become known through the course of discovery or otherwise.

### FIRST AFFIRMATIVE DEFENSE: EQUITABLE DEFENSES

Counterclaim-Plaintiffs' claims for relief are barred, in whole or in part, by waiver, laches, unclean hands, fraud, and/or other equitable doctrines.

### SECOND AFFIRMATIVE DEFENSE: FAILURE TO STATE A CLAIM

Counterclaim-Plaintiffs' have failed to plead allegations upon which this court can grant the requested relief.

DATED: February 17, 2026

Respectfully submitted,

K&L GATES LLP

By: */s/ Nicholas F. Lenning by permission*
*Garrett C. Parish*
Nicholas F. Lenning
Washington Bar No. 54740
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com

James A. Shimota
Illinois Bar No. 6270603
Austin C. Holler
Illinois Bar No. 6332821
Laurel W. Salisbury
Texas Bar No. 24127062
Devdhi Kasana
Illinois Bar No. 6349319
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
laurel.salisbury@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
Garrett C. Parish
Texas Bar No. 24125824
**Miller Fair Henry PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com
garrett@millerfairhenry.com

*Counsel for AQ Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on February 17, 2026.

*/s/ Garrett C. Parish*
Garrett C. Parish
