# Exhibit 10



# PTAB Trial Statistics

FY 26Q1 Outcome Roundup

Patent Trial and Appeal Board
Fiscal Year 2026 1st Quarter



# Outcomes by petition

FY 26 through Q1: Oct. 1, 2025 to Dec. 31, 2025



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.

3

# Outcomes by patent

FY 26 through Q1: Oct. 1, 2025 to Dec. 31, 2025



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.

4

# Outcomes by claim challenged

FY 26 through Q1: Oct. 1, 2025 to Dec. 31, 2025





5

# Outcomes by claim

FY 26 through Q1: Oct. 1, 2025 to Dec. 31, 2025



"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.

19% of challenged claims and 49% of instituted claims were found unpatentable by a preponderance of the evidence.

6

