**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| AQ CORPORATION, | |
| Plaintiff, | |
| v. | CASE NO. 2:25-CV-01012-JRG |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**ORDER GRANTING SAMSUNG'S MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Before the Court is Samsung's Motion to Stay Pending *Inter Partes* Review. The Court, having considered same, is of the opinion the motion should be **GRANTED**.