**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| AQ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil No. 2:25-cv-01012-JRG |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff AQ Corporation ("AQ" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung" or "Defendants") respectfully submit an agreed upon Proposed Protective Order. Pursuant to this Court's Order (Dkt. 43), the Proposed Protective Order adopts AQ's proposals regarding source code. The Parties respectfully request that the Court enter the Proposed Protective Order.

DATED: March 12, 2026

Respectfully submitted,

*/s/ Adam Janes by permission Garrett C. Parish*

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Gregory S. Arovas, P.C. (admitted *pro hac vice*)

*/s/ Nicholas F. Lenning by permission Garrett C. Parish*

Nicholas F. Lenning
Washington Bar No. 54740
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com

James A. Shimota

Joseph A. Loy, P.C. (admitted in E.D. Texas)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com
Email: jloy@kirkland.com

F. Christopher Mizzo (admitted in E.D. Texas)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 389-5000
Facsimile: (202) 879-5000
Email: chris.mizzo@kirkland.com

Adam Janes (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 W Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: adam.janes@kirkland.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc*

Illinois Bar No. 6270603
Austin C. Holler
Illinois Bar No. 6332821
Devdhi Kasana
Illinois Bar No. 6349319
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
austin.holler@klgates.com
devdhi.kasana@klgates.com

Andrea L. Fair
Texas Bar No. 24078488
Miller Fair Henry, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
andrea@millerfairhenry.com

*Counsel for AQ Corporation*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff met and conferred with counsel for Defendants and this motion is being filed jointly.

*/s/ Garrett C. Parish*