# Exhibit 1

Trials@uspto.gov                                                          Paper 14
571-272-7822                                                        Date: July 21, 2026

# UNITED STATES PATENT AND TRADEMARK OFFICE

---

## BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

---

## NOTICE OF DECISIONS ON INSTITUTION

---

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.*

## NOTICE

Pursuant to 35 U.S.C. § 314(a), after review of discretionary and non-merits considerations, institution of *inter partes* review is denied in the following proceedings:

   none

Pursuant to 35 U.S.C. §§ 314(a) and 324(a), after review of discretionary considerations, the following proceedings will be reviewed for merits and non-discretionary considerations:

| | | |
|---|---|---|
| IPR2026-00272 | IPR2026-00280 | IPR2026-00289 |
| IPR2026-00273 | IPR2026-00286 | PGR2026-00032 |
| IPR2026-00274 | IPR2026-00287 | PGR2026-00033 |
| IPR2026-00275 | IPR2026-00288 | |

Pursuant to 35 U.S.C. § 314(a), after review of the merits, the petitioner has failed to show a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition, or that it is more likely than not that at least one of the claims challenged in the petition is unpatentable, as appropriate.  Accordingly, institution of *inter partes* review and post-grant review is denied in the following proceedings:

| | |
|---|---|
| IPR2026-00270 | PGR2026-00027 |

Pursuant to 35 U.S.C. §§ 314(a) and 324(a), after review of the merits, the petitioner has shown a reasonable likelihood of prevailing with respect to at least one of the claims challenged in the petition and no other non-discretionary considerations warrant denial of institution.  Accordingly, institution of *inter partes* review is granted in the following proceedings:

| | | |
|---|---|---|
| IPR2026-00231 | IPR2026-00234 | IPR2026-00253 |
| IPR2026-00232 | | |

2