# Exhibit 2

Doc Code: STAT.DISCLMR
Document Description: Statutory Disclaimers per Manual of Patent Examining Procedure(MPEP) 1490

PTO/SB/43 (11-23)
Approved for use through 11/30/2027. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DISCLAIMER IN A PATENT UNDER 37 CFR 1.321(a)

| | |
|---|---|
| Name of Patentee **AQ Corporation** | Docket Number (optional) **AQC0001-CON2** |
| Patent Number **11,495,875** | Date Patent Issued **November 8, 2022** |

Title of Invention **Smartphone Antenna in Flexible PCB**

Patentee hereby disclaims:

☑ the following complete claim(s) in the above-identified patent: 1-5, 7-15, and 17-20 .

☐ the terminal part of the term of the above-identified patent beginning on the date: _____.

☐ the entire term of the above-identified patent.

The disclaimer is binding on the patentee and its successors or assigns.

The extent of patentee's ownership interest in the above-identified patent is: 100% .

The fee for this disclaimer is set forth in 37 CFR 1.20(d) and is being paid in the following manner:

☑ payment by the USPTO patent electronic filing system.

☐ the Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to Deposit Account No. _____.

☐ payment by credit card. Form PTO-2038 is attached.

☐ a check in the amount of the fee is enclosed.

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on form PTO-2038.

The undersigned is:

☐ patentee. If patentee is a juristic entity, the undersigned is authorized to act on behalf of the juristic entity.

☑ attorney or agent of record.

| | |
|---|---|
| Signature **/Kelly Kasha/** | Date **April 22, 2026** |
| Name (printed/typed) **Kelly Kasha** | Practitioner registration number **47743** |

*Note:* See 37 CFR 1.4(d) for signature requirements and certifications.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0031. Public burden for this form is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email InformationCollection@uspto.gov. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. If filing the completed form by mail, send to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

AQ EXHIBIT 2011
Samsung v. AQ
IPR2026-00232

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013), https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf.

Routine uses of the information in this record may include disclosure to: 1) law enforcement, in the event that the system of records indicates a violation or potential violation of law; 2) a federal, state, local, or international agency, in response to its request; 3) a contractor of the USPTO having need for the information in order to perform a contract; 4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record; 5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record; 6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations; 7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals; 8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)); 9) the Office of Personnel Management (OPM) for personnel research purposes; and 10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.