# Exhibit 10



# PTAB Trial Statistics
## FY 26 Q2 Outcome Roundup

Patent Trial and Appeal Board

Fiscal Year 2026 2nd Quarter



# Outcomes by petition

FY 26 through Q2: Oct. 1, 2025 to Mar. 31, 2026



**875 Total**

- Institution Denied 458 (52%)
- FWD All Unpatentable 149 (17%)
- FWD Mixed 46 (5%)
- FWD All Patentable 49 (6%)
- Req. Adverse Judgment 24 (3%)
- Dismissed 38 (4%)
- Settled 111 (13%)

FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. Joined cases are excluded.

# Outcomes by patent

FY 26 through Q2: Oct. 1, 2025 to Mar. 31, 2026



FWD patentability or unpatentability reported with respect to the claims at issue in the FWD. "Mixed Outcome" is shown for patents receiving more than one type of outcome from the list of: denied, settled, dismissed, and/or req. adverse judgement only. A patent is listed in a FWD category if it ever received a FWD, regardless of other outcomes.

# Outcomes by claim challenged
FY 26 through Q2: Oct. 1, 2025 to Mar. 31, 2026



# Outcomes by claim

FY 26 through Q2: Oct. 1, 2025 to Mar. 31, 2026



"No DI" and "No FWD" mean the claim was challenged but not addressed in a DI/FWD, e.g., due to settlement.

19% of challenged claims and 49% of instituted claims were found unpatentable by a preponderance of the evidence.

