**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| AQ CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | CASE NO. 2:25-CV-01012-JRG <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING SAMSUNG'S UNOPPOSED RENEWED MOTION
TO STAY PENDING *INTER PARTES* REVIEW OF THE ASSERTED PATENTS**

Before the Court is Samsung's Unopposed Renewed Motion to Stay Pending *Inter Partes*

Review of the Asserted Patents. The Court, having considered the same, is of the opinion the

motion should be **GRANTED**.