AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| AQ Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-01012-JRG |
| Samsung Electronics Co., Ltd. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AQ Corporation                                                                                           .

Date:      07/30/2026                                    /s/ Erik J. Halverson
                                                            *Attorney's signature*

                                                    Erik J. Halverson (Bar No. 333492CA)
                                                    *Printed name and bar number*

                                                    K&L Gates LLP
                                                    Four Embarcadero, Suite 1200
                                                    San Francisco, CA 94111

                                                    *Address*

                                                    erik.halverson@klgates.com
                                                    *E-mail address*

                                                    (415) 885-8238
                                                    *Telephone number*

                                                    *FAX number*